[No. 18365.  *En Banc.*  February 25, 1925.]

HILL SYRUP COMPANY, *Plaintiff and Appellant*, v. NATIONAL CITY

BANK OF SEATTLE, *Defendant and Appellant.*[1]

Cross-appeals from a judgment of the superior court for King county, Ronald, J., entered August 6, 1923, upon findings favorable to the plaintiff, in an action for money received, tried to the court. Reversed on plaintiff's appeal; affirmed on defendant's appeal.

*James R. Chambers*, for plaintiff.

*Almon Ray Smith* and *Herr, Bayley & Croson*, for defendant.


ON REHEARING.

MAIN, J.—The evidence in this case does not bring it within the rule of the case of *Hill Syrup Co. v. Frederick & Nelson, ante* p. 155, 233 Pac. 663. Each case must be determined upon its own record and the facts therein must be supported by the evidence in that particular case. In this case there is no evidence from which it can be found that the Hill Syrup Company was negligent in permitting the practice of Sander in paying his individual debts with corporate funds to begin and continue. It follows, therefore, that the Departmental opinion, *Hill Syrup Co. v. National City Bank of Seattle*, 129 Wash. 171, 224 Pac. 578, must be adhered to.

TOLMAN, C. J., MITCHELL, PARKER, BRIDGES, ASKREN, MACKINTOSH, and HOLCOMB, JJ., concur.

FULLERTON, J., dissents.

[1]Reported in 233 Pac. 669.